IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANITA DAVIS, | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-2497 |
|     v. | : | |
| | : | |
| FOX & ROACH LP T/D/B/A BERKSHIRE HATHAWAY HOMESERVICES FOX & ROACH REALTORS et al., | : | |
| | : | |
|     Defendant(s). | : | |

## ORDER

**AND NOW**, this 14th day of July, 2022, Plaintiff's Motion to Dismiss Counterclaims for Lack of Subject Matter Jurisdiction (ECF No. 49) is **DENIED** as to Count I (Fraud) and **GRANTED** as to Count II (Declaratory Judgment).

It is **FURTHER ORDERED** that the Court's prior stay of pretrial deadlines (ECF No. 56) is lifted, and pretrial deadlines are now set as follows:

1) All discovery must be completed **on or before September 2, 2022**; and

2) Dispositive motions must be submitted **on or before October 7, 2022**.

                                                                               __s/ANITA B. BRODY, J._____
                                                                               ANITA B. BRODY, J.

Copies **VIA ECF**