IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANITA DAVIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FOX & ROACH, LP, ET. AL.** | : | **NO. 2020-2497** |

O R D E R

**AND NOW**, this **17th day** of **May, 2023**, it is ordered that the transcript and audio recording of the motion hearing/settlement conference proceedings held on 05-17-2023 from time interval 11:31 am to 11:34 am are placed **UNDER SEAL**.

**IT IS FURTHER ORDERED** that counsel of record who attended the proceeding will be permitted to get a copy of the transcript.

                *S/Anita B. Brody*
                Hon. Anita B. Brody, J.

Copies ecf _____ to:    Copies mailed _____ to:

civil-o.frm (4/21)